In The United States District Court
For The Western District of Virginia
Roanoke Division

Jacob Alan Shouse, No. 1101441,                                              Plaintiff,
v.
Gene Johnson, et al.,                                                        Defendants,

## Declaration In Support of Requested Relief For Preliminary Injunction

I, Jacob Alan Shouse, No. 1101441, am the plaintiff in the above entitled case. In support of Requested Relief For My Preliminary Injunction I state that I believe I am entitled to such Relief because:

1.) I will suffer "Irreparable Harm" even "death" if such relief is not granted, because I am suicidal and mentally ill at a VADOC facility which has no adequate mental health services to meet my needs clinically, in which the defendants are deliberately indifferent to.

2.) The "balance of hardships" favor me, because without injunction I may commit suicide or die from other self-injuries due to my mental health and the facility's inadequacy to treat me, monitor and lack of access to trained psychiatric staff. The defendants will suffer no more than required work hours to perform necessary paperwork, Reclassification and transfer. I will get the adequate help I need at a Mental Health unit and the VADOC will have one less death at Red Onion State Prison. (ROSP)

3.) I am likely to succeed on the merits of this case because ROSP doesn't have adequate available mental health care for such prisoners with serious mental illnesses or suicidal tendencies, as myself have.

Pg. 1 of 2

(continued from pg. 1, Declaration...)

4.) It is always in the public interest for government officials, including prison personnel, to obey the Constitution and other laws, and in my case — provide me with adequate mental health care protected by the Eighth Amendment of the U.S. Constitution.

Respectfully Submitted

Jacob Alan Shouse, DOC. 1101441
Redonview State Prison
Po Box 1400
Pound, VA. 24279

I swear under penalty of perjury that the statements which I have made are true. Signed this 12th day of November 2009.

Subscribed and sworn to before me this 12 day of November 2009,



Notary Public

My commission expires: 12-31-2011

Place notary seal here

Pg. 2 of 2